AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

KAROL J. CHWIESIUK
*Defendant*

)
)
)   Case: 1:21-mj-00467
)   Assigned To : Meriweather, Robin M.
)   Assign. Date : 06/09/2021
)   Description: Complaint w/ Arrest Warrant
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Karol J. Chwiesiuk     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(C)(i), (D), (G)—Violent Entry and Disorderly Conduct on Capitol Grounds

Date: June 10, 2021

*Issuing officer's signature*

City and state:     Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/10/21 , and the person was arrested on *(date)* 6/11/21
at *(city and state)* Chicago, IL .

Date: 6/11/21

*Arresting officer's signature*

SA John J. Coleman
*Printed name and title*