| | | | |
|---|---|---|---|
| Chicago Police Department **FIREARM OWNER'S IDENTIFICATION (FOID) CARD REQUIREMENTS FOR SWORN DEPARTMENT MEMBERS** | | | **Employee Resource E01-17** |
| **ISSUE DATE:** | 07 December 2018 | **EFFECTIVE DATE:** | 07 December 2018 |
| **RESCINDS:** | | | |
| **INDEX CATEGORY:** | Employee Rights and Responsibilities | | |

**I.    PURPOSE**

This directive:

- A. outlines the Department policy relative to the Firearm Owner's Identification (FOID) card requirements for sworn Department members.

- B. satisfies CALEA Law Enforcement Standard Chapter 1.

**II.   LEGAL AUTHORITY**

- A. 430 ILCS 65/, et seq., the "Firearm Owner's Identification Card Act."

- B. 50 ILCS 725/, et seq., the "Uniform Peace Officers' Disciplinary Act."

**III.  GENERAL INFORMATION**

- A. [Chapter 430, Article 65](#) of the Illinois Complied Statues, known as the "Firearm Owner's Identification Card Act," states that no person may acquire or possess any firearm or firearm ammunition without having in his or her possession a current FOID card.

- B. Provisions of this article do not apply to law enforcement officials while engaged in their official duties. However, based upon the language of the statute, a law enforcement officer may violate the FOID card requirements if he or she is in possession of a firearm without a valid FOID card while performing a task not related to his or her duties.

    **EXAMPLE:** A law enforcement official who is shopping for personal groceries, regardless of duty status, is not engaged in the operation of his or her official duties, and therefore would violate the FOID card requirements of Section 65/2 of the "Firearm Owner's Identification Card Act" if they were in possession of a firearm without a valid FOID card.

- C. The Illinois State Police (ISP) is authorized to deny the application for or to revoke and seize a FOID card in accordance to the criteria delineated in [430 ILCS 65/8](#).

**IV.   POLICY**

- A. The Chicago Police Department requires all sworn members to have:

    1. a **valid** FOID card and possess the FOID card while on duty.

    2. a **valid** FOID card while off duty and in possession of a firearm consistent with [430 ILCS 65/](#) and Item III-B of this directive.

B. Sworn members will provide proof of a valid FOID card:

    1. during the annual prescribed weapon qualification in accordance with the Department directive entitled "[Annual Prescribed Weapon Qualification Program and Taser Recertification](#),"

    2. during Spring/Fall Dress Uniform Inspection in accordance to the Department directive entitled "[Uniform and Appearance Standards](#)," and

    3. upon the request of any supervisory Department member.

C. Pursuant to 50 ILCS 725/7.2, any requirement to have, possess, carry, or provide a valid FOID card while on duty will not apply to Department members whose FOID card is revoked or seized because the member has been a patient of a mental health facility and the member has not been determined to pose a clear and present danger to himself, herself, or others as determined by a physician, clinical psychologist, or a qualified examiner. However, Department members in these situations may be subject to various restrictions or limitations based on the member's duty status, as provided in Item V-B of this directive.

## V. FOID CARD REVOCATION

A. Pursuant to [430 ILCS 65/9.5](#), ISP is authorized to issue a FOID card revocation notice requiring the person receiving the notification to complete an Illinois State Police Firearms Disposition Record and surrender both the form and the FOID card to the local law enforcement agency within 48 hours of receiving the notice.

    **NOTE:** If a Department member is surrendering an Illinois State Firearms Disposition Record and his or her FOID card to the Department, members will follow the procedures delineated in the Department directive entitled "[Illinois Firearm Owner's Identification Card or Concealed Carry License Revocation](#)."

B. When a Department member's FOID card becomes invalid or is revoked, the Director, Human Resources Division, will determine the member's status in accordance with the procedures established by the Human Resources Division and the Bureau of Internal Affairs.

    **NOTE:** The Human Resources Division or the Bureau of Internal Affairs will inform the affected member of any restrictions or limitations involving his or her duty status.

C. In accordance with [50 ILCS 725/7.2](#), the possession of a valid FOID card will not be a condition of continued employment if the sworn Department member's FOID card is revoked or seized because the member has been a patient of a mental health facility and the member has not been determined to pose a clear and present danger to himself, herself, or others as determined by a physician, clinical psychologist, or qualified examiner. Nothing in this statute will otherwise impair the Department's ability to determine an officer's fitness for duty.

    **NOTE:** Under the circumstances delineated in Item V-C of this directive, Department members may be required to have a mandatory psychological examination in accordance with the Department

directive entitled "Drugs, Drug Abuse, and Mandatory Physical and/or Psychological Examinations."

Eddie T. Johnson
Superintendent of Police

18-075 RCL/MWK